# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| **ALTERNA MORTGAGE INCOME FUND, LLC,** | **Case No. 3:12-CV-252** |
| Plaintiff, | **Judge Timothy S. Black** |
| **-vs-** | |
| **GS HOLDINGS-BROOKSIDE, LTD,** *et al.,* | |
| Defendants. | |

_____

## JUDGMENT IN A CIVIL CASE
_____

[  ]   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]   Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Plaintiff's Motion for Summary Judgment (Doc. 62) is **GRANTED** as to Defendants Stephen Metzger, Treasurer of Clark County, Ohio; John S. Federer, Auditor of Clark County, Ohio; Anthony Sansalone; and Ronald McCarthy d/b/a/ McCarty Pump Service.   The Court concludes that, subject only to valid, unpaid real estate taxes and/or assessments of record against the Real Property, Alterna's rights in the Real Property are first, superior, and prior to any rights, liens, or security interests of any person or entity in and to the Property.   Alterna's rights in the subject personal property are first and best without exception.

Date: 11/4/2013                                              **JOHN P. HEHMAN, CLERK**

                                                                    By: *s/ M. Rogers* _____
                                                                    Deputy Clerk