UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **ALTERNA MORTGAGE INCOME FUND, LLC.,** | **Case No. 3:12-cv-252** |
| Plaintiff, | **Judge Timothy S. Black** |
| **-vs-** | |
| **GS HOLDINGS-BROOKSIDE, LTD***, et al.***,** | |
| Defendants. | |

### JUDGMENT IN A CIVIL CASE

[ ]    **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]    **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Motion of Receiver to Confirm Sale of Assets Free and Clear of Liens, Claims, Encumbrances, and Interests (Doc. 71) is **GRANTED**; that sale of Assets to SVMHP, LLC, free and clear of any liens, claims encumbrances, and interests shall be and is hereby **CONFIRMED**.

Date: December 5, 2013                                                **JOHN P. HEHMAN, CLERK**

By: *s/ M. Rogers*
Deputy Clerk